UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. Morgan R. Bankston**                                          **Docket No. 2:15-MJ-1018-BO**

**Petition for Action on Probation**

COMES NOW C. Lee Meeks, Jr., U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Morgan R. Bankston, who, upon an earlier plea of guilty to Speeding 81 in a Posted 55mph Zone, in violation of 36 C.F.R. § 4.21(c), and Driving Without a License, in violation of 36 C.F.R. § 4.2 (N.C.G.S. 20-7), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on July 13, 2015, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On August 11, 2015, District of South Carolina U.S. Probation Officer Jennifer Douglass submitted a request to add mental health counseling and vocational training to Bankston's conditions of probation. According to Officer Douglass, Bankston suffers with depression and Post Traumatic Stress Disorder. Additionally, Bankston has a 9th grade education and is unemployed.

In consideration of the above information, the probation officer respectfully recommends the terms of probation be modified to include mental health counseling and vocational training, as requested by the District of South Carolina.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

2. The defendant shall participate in a vocational training program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

                                               I declare under penalty of perjury that the foregoing is true and correct.
                                               /s/ C. Lee Meeks, Jr.
                                               C. Lee Meeks, Jr.
                                               U.S. Probation Officer
                                               200 Williamsburg Pkwy Unit 2
                                               Jacksonville, NC 28546-6762
                                               Phone: 910-346-5105
                                               Executed On: August 13, 2015

Morgan R. Bankston
Docket No. 2:15-MJ-1018-BO
Petition For Action
Page 2

**ORDER OF THE COURT**

Considered and ordered this _14_ day of _August_, 2015 and ordered filed and made a part of the records in the above case.

_Terrence Boyle_
Terrence W. Boyle
U.S. District Judge