UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Morgan R. Bankston**	Docket No. 2:15-MJ-1018-BO

**Petition for Action on Probation**

COMES NOW C. Lee Meeks, Jr., U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Morgan R. Bankston, who, upon an earlier plea of guilty to Speeding 81 in a Posted 55mph Zone, in violation of 36 C.F.R. § 4.21(c), and Driving Without a License, in violation of 36 C.F.R. § 4.2 and N.C.G.S. 20-7, assimilated by 18 U.S.C. § 13, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on July 13, 2015, to 12 months probation under the conditions adopted by the court.

On April 11, 2016, a revocation hearing was held before Your Honor where the defendant admitted to criminal conduct, using a controlled substance, failing to participate as directed in a mental health program, and failing to pay the monetary obligation. The court continued the defendant's supervision and ordered she pay a $150 fine/$20 special assessment within 30 days. The court also ordered once the monetary obligation is satisfied, probation shall be terminated.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On April 26, 2016, District of South Carolina U.S. Probation Officer Jennifer Douglass conducted a home inspection at Bankston's residence. During the home contact, the probation officer detected the odor of marijuana, and a small amount of marijuana was seized. Consequently, the defendant was cited by the Richland County Sheriff's Office with Simple Possession of Marijuana. The charge remains pending.

On May 12, 2016, the defendant satisfied the $20 special assessment and the $150 fine. In consideration of the above information, the probation officer recommends no action be taken on the pending charge, the state court system in South Carolina be allowed to resolve the charge, and the defendant's term of probation be terminated.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The term of probation is hereby terminated.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5105
Executed On: May 26, 2016

Morgan R. Bankston
Docket No. 2:15-MJ-1018-BO
Petition For Action
Page 2

**ORDER OF THE COURT**

Considered and ordered this ___27___ day of ___May___, 2016 and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge